■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WALTER E. SACHS, Respondent, v. MARY WILLIAMSON SACHS, Appellant.—

The stay is to continue until termination of the hearing and decision by Special Term. Concur — Rabin, J. P., Valente, McNally, Stevens and Bastow, JJ.